UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

AMERICAN FEDERATION OF STATE,
COUNTY, MUNICIPAL EMPLOYEES
LOCAL 1733, et al.,

    Plaintiffs,

VS.                                                NO. 11-2577-Ma

CITY OF MEMPHIS,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order, docketed July 21, 2014, granting defendant's motion for summary judgment.

**APPROVED:**

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*July 21, 2014*                              THOMAS M. GOULD
DATE                                         CLERK

                                                   *s/ Zandra Frazier*
                                                  (By) DEPUTY CLERK